Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| EL PUEBLO DE PUERTO RICO<br><br>*Apelante*<br><br>v.<br><br>DAVIS PONCE FELICIANO<br><br>*Apelado* | KLCE202500410 | *Certiorari* **acogido como Apelación** procedente del Tribunal de Primera Instancia, Sala Superior de Fajardo<br><br>Caso Núm.: NSCR201900259 (Salón 308)<br><br>Sobre: Art. 93 B 1er Grado CP (2012) |
|---|---|---|

Panel integrado por su presidente, el Juez Adames Soto, la Jueza Santiago Calderón y el Juez Pérez Ocasio[1].

Santiago Calderón, Jueza Ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 7 de mayo de 2026.

Conforme a la facultad que nos otorga la Regla 83 (B)(5) y (C) del Reglamento del Tribunal de Apelaciones[2] y en consideración al dictamen emitido el 16 de abril de 2026 por el Tribunal Supremo de Puerto Rico, mediante el cual revoca la *Resolución* emitida por esta Curia el 31 de julio de 2025 y, a su vez, confirma la *Sentencia* emitida el 28 de febrero de 2025, por el Tribunal de Primera Instancia, Sala Superior de Fajardo, ordenamos la desestimación del recurso de epígrafe.

Notifíquese.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Mediante la Orden Administrativa OATA-2026-050 se designó al Hon. Alberto L. Pérez Ocasio en sustitución del Hon. Felipe Rivera Colón.
[2] Regla 83 (B)(5) y (C) del Reglamento del Tribunal de Apelaciones, según enmendada, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 141, págs. 116-117, 216 DPR __ (2025).

Número Identificador

SEN2026_____